AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

In the Matter of the Search of
A red Apple Brand Cellular Phone, in evidence bag
A9705121.

Case No. 26-5191MB

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

### As further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

### As set forth in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before 5/15/26 *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: May 1, 2026 _____

*Judge's signature*

City and state: Phoenix, Arizona              Honorable DEBORAH M. FINE, U.S. Magistrate Judge
10:55 a.m.    *Printed name and title*

## ATTACHMENT A

### *Property to be searched*

The property to be searched is one red Apple Brand Cellular Phone, in evidence bag A9705121 (hereafter the "SUBJECT CELLULAR TELEPHONE"). The SUBJECT CELLULAR TELEPHONE is currently located in the evidence room of the Casa Grande Border Patrol Station, located at 396 N. Camino Mercado, Casa Grande, Arizona.

This warrant authorizes the forensic examination of the SUBJECT CELLULAR TELEPHONE for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

### *Property to be seized*

1. Any records and information found within the digital contents of the SUBJECT CELLULAR TELEPHONE, that relate to violations of 8 U.S.C. § 1324(a)(1)(A)(ii) (Transportation of Illegal Aliens) and 8 U.S.C § 1324(a)(1)(A)(v)(I) (Conspiracy to Bring in, Transport and Harbor Illegal Aliens) from March 1, 2026 through present, including:

    a. All information related to the pickup, transportation of illegal aliens in the United States (including names, addresses, telephone numbers, location, or any other identifying information);

    b. All information related to any smuggling coordinators (including names, addresses, telephone numbers, location, or any other identifying information);

    c. All bank records, checks, credit card bills, account information, or other financial records;

    d. All information regarding the receipt, transfer, possession, transportation, or use of alien smuggling proceeds;

    e. Any information recording schedule or travel; and

    f. Contextual information necessary to understand the above evidence.

2. Any records and information found within the digital contents of the SUBJECT CELLULAR TELEPHONE showing who used or owned the device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

3. As used above, the terms "records" and "information" includes records of telephone calls; names, telephone numbers, usernames, or other identifiers saved in address

books, contacts lists and other directories; text messages and other stored communications; subscriber and device information; voicemails or other audio recordings; videos; photographs; e-mails; internet browsing history; calendars; to-do lists; contact information; mapping and GPS information; data from "apps," including stored communications; reminders, alerts and notes; and any other information in the stored memory or accessed by the electronic features of the cellular telephone.

2

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26-5191MB | 5/12/2026 at 4:54 PM | BPA Joseph Wilkes |

Inventory Made in the Presence of:

## BPA-I Matthew Gibbs

Inventory of the property taken and name of any person(s) seized:

On May 12, 2026, investigators made efforts to access and extract data from the Apple brand cellular phone (RED), identified in evidence bag A9705121 secured in the evidence room at the Casa Grande Border Patrol Station, located at 396 N. Camino Mercado, Casa Grande, Arizona, 85122.

The device was submitted for forensic examination to recover potential evidentiary data relevant to the investigation against Ruby Chaidez. Standard digital forensic tools and methodologies were utilized to attempt to circumvent the device's security features, including encryption and passcode protection. However, the security measures implemented on the iPhone prevented successful access to its full contents.

Forensic experts were only able to access a limited amount of data from the cellular device. Upon examination of the extracted data, no relevant information was discovered for presentation.

The iPhone remains in its original condition and will be returned to the evidence room for continued secure storage.

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: May 26, 2026

JOSEPH M WILKES  Digitally signed by JOSEPH M WILKES
Date: 2026.05.26 09:36:56 -07'00'

*Executing officer's signature*

Joseph M. Wilkes, United States Border Patrol Agent
*Printed name and title*